# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

RA'SEAN SMITH,                              :

     Plaintiff,                       :

                         Case No. 3:12cv00279

  vs.                                        :

                         District Judge Thomas M. Rose

CAROLYN W. COLVIN,                          :   Chief Magistrate Judge Sharon L. Ovington
Acting Commissioner of the Social
Security Administration,                    :

     Defendant.                       :

=====================================================================

## DECISION AND ENTRY

=====================================================================

The Court has reviewed the Report and Recommendations of Chief United States

Magistrate Judge Sharon L. Ovington (Doc. #11), to whom this case was originally

referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed

thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has

expired, hereby **ADOPTS** said Report and Recommendations.

Accordingly, it is hereby **ORDERED** that:

1.     The Report and Recommendations filed on April 11, 2013 (Doc. #11) is
     ADOPTED in full;

2.     Plaintiff's Complaint is dismissed without prejudice pursuant to Fed. R.
     Civ. P. 41(b); and,

3.     The case is terminated on the docket of this Court.

April 30, 2012                          **s/THOMAS M. ROSE**
                                        _____
                                        Thomas M. Rose
                                        United States District Judge